PS 8
(Rev. 5/2020)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

U.S.A. vs. James Skipper                                    Docket No. 0860 4:19CR00034-11

### Petition for Summons for Person Under Pretrial Supervision

   COMES NOW Cedric T. Conston, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant James Skipper, who was placed under pretrial release supervision by the Honorable Patricia S. Harris sitting in the Court at Little Rock, Arkansas, on June 27, 2019, under the following conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5)   The defendant must sign an Appearance Bond, if ordered.

(7)   The defendant must:
(a) submit to supervision and report for supervision to the U.S. Probation Office.
(g) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including: co-defendants.
(k) not possess a firearm, destructive device, or other weapon.
(l) not use alcohol excessively.
(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.
(s) maintain regular contact with his/her attorney, not less than every two weeks.

Jury trial is set for April 26, 2021, before the Honorable James M. Moody Jr., U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Description of apparent violations:** On December 21, 2020, the defendant admitted to using methamphetamine on December 18, 2020.

**Description of prior violations:** The following violations were previously reported to the court: On July 30, 2019, the defendant failed to report for a substance abuse assessment.

On September 17, 2019, the defendant failed to report for an individual substance abuse treatment session.

On June 25, 2020, the defendant submitted a urine specimen which tested and confirmed positive for marijuana and dilute.

On July 16, 2020, the defendant submitted a urine specimen which tested and confirmed positive for Marijuana and dilute. The defendant admitted to drug use.

On July 20, 2020, the defendant admitted to using marijuana on July 19, 2020.

On July 23, 2020, the defendant submitted a urine specimen which tested and confirmed positive for the use of methamphetamine. The defendant admitted to drug use.

**Actions taken to bring the defendant into compliance were as follows:** The defendant has been reprimanded and reinstructed as to the conditions of supervision. Cognitive based interventions have been used to deter noncompliance.

**Defendant's compliance with release conditions:** The defendant is participating in an intensive drug testing program, along with substance abuse and mental health outpatient treatment. On October 27, 2020, the defendant completed 30 days inpatient substance abuse treatment. A record check revealed no new arrests.

**OFFICER'S RECOMMENDATION:**

It is respectfully requested that a summons be issued, and the defendant appear for a show-cause hearing to determine if bond should be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
Cedric T. Conston
U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Kristin Huntington Bryant
Assistant U.S. Attorney

Executed on   December 30, 2020          Executed on   1·4·21

Approved by:

*/s/ Bradly Andersen/*
Supervising U.S. Probation Officer

c:   The Honorable James M. Moody Jr., U.S. District Judge
     The Honorable Patricia S. Harris, U.S. Magistrate Judge