# **CRIMINAL CASE MINUTES**

**Case Title:**       USA v James Skipper

**Case Number:**    4:19cr00034-11 JM

**Before U.S. Magistrate Judge Joe J. Volpe**

**Date of hearing:**   January 11, 2021

**Time in court:**    2:32 p.m. - 2:46 p.m.

**ECRO/CRD:**       Lorna Jones

The parties appeared for a revocation hearing. The nature of the hearing was stated for the record. Counsel agreed to Mr. Skipper's participation in residential treatment followed by chem free living until his jury trial. The Court ordered Defendant to home detention without electronic monitoring awaiting his start date at the treatment facility. Court adjourned.

**AUSA:**    Kristin Bryant

**Defense Counsel: Erin Cassinelli**

**USPO:**    Cedric Conston