## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**   Case No.: 4:19–cr–00034–JM | |
| **James Skipper** | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for February 22, 2022, at 10:30 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** February 18, 2022

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Cory D. Wilkins, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas