# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

FEB 2 2 2022

IN OPEN COURT

By:_____TAMMY H. DOWNS_____
DEPUTY CLERK

### WAIVER OF INDICTMENT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00034 JM |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES SKIPPER | ) | |

I, James Skipper, the above named defendant, who is accused of violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), that is, possession with intent to distribute methamphetamine, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this 22nd day of February, 2022, prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

_____
JAMES SKIPPER
Defendant

_____
ERIN CASSINELLI
Counsel for Defendant

Before_____
Honorable Jay Moody
Judicial Officer