UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR00034 JM |
| | ) | |
| V. | ) | |
| | ) | |
| JAMES SKIPPER | ) | |

**SUPERSEDING INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about June 29, 2018, in the Eastern District of Arkansas, the defendant,

JAMES SKIPPER,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

JONATHAN D. ROSS,
United States Attorney

Kristin Bryant
Bar Number 2009156
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2600
E-mail: kristin.bryant@usdoj.gov